742 A.2d 557

IN THE MATTER OF DEAN I. WEITZMAN,
AN ATTORNEY AT LAW.

December 27, 1999.

## ORDER

**DEAN I. WEITZMAN** of **MARLTON,** who was admitted to the bar of this State in 1987, having pleaded guilty to three counts of tax evasion in violation of 26 *U.S.C.A.* § 7201, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **DEAN I. WEITZMAN** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **DEAN I. WEITZMAN** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **DEAN I. WEITZMAN** comply with *Rule* 1:20–20 dealing with suspended attorneys.